ADVION BIOSCIENCES, INC., Plaintiff–Appellant,

v.

KIONIX, INC., Calient Networks, Inc., Calient Optical Components, Inc., Gregory J. Galvin, Timothy J. Davis, and James E. Moon, Defendants–Appellees.

No. 03–1646.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2003.

ORDER

The parties having so agreed, it is

---

* We note that the parties' requests that this dismissal be with prejudice, however, it is not

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).